THE PEOPLE OF THE STATE OF NEW YORK ex rel. COR-
NELL STEAMBOAT COMPANY, Appellant, *v.* WILLIAM H.
SOHMER, as Comptroller of the State of New York,
Respondent.

*People ex rel. Cornell Steamboat Co.* v. *Kelsey*, 148 App. Div. 907,
affirmed.

(Argued June 5, 1912; decided June 21, 1912.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the third judicial department,
entered November 14, 1911, which confirmed a determina-
tion of the defendant denying an application for a
revision and readjustment of taxes for the years 1902
and 1903.

*Lewis E. Carr* and *Amos Van Etten* for appellant.

*Thomas Carmody, Attorney-General (Franklin Ken-
nedy* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: GRAY, WERNER, HISCOCK and COLLIN, JJ.

CULLEN, Ch. J. I vote for the affirmance of the order
appealed from on the strength of the proposition asserted
in the dissenting opinion in *New York Terminal Company*
v. *Gaus* (204 N. Y. 512, 519) that the franchise tax imposed
by the statute "is levied on the corporation for the privi-
lege, as the statute declares, of carrying on its business
in a corporate or organized capacity; not of doing busi-
ness, but of doing business in a corporate capacity;" in
other words, exclusively for the privilege of being a cor-
poration instead of a partnership. And the additional
franchise tax required by section 184 is, in my opinion,
exactly of the same character. I doubt whether in the
true sense of the term it is to be considered a tax, but
should not rather be deemed a compensation exacted for
the privilege which the state might refuse. If the parties

beneficially interested in the appellant are dissatisfied with the price exacted by the state they may have the corporation dissolved and as individuals carry on the same business that is being done now without the cost of any such charge.

Concur: WILLARD BARTLETT and CHASE, JJ.